IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY ANTHONY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv945-CSC |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION AND ORDER**

On March 8, 2007, the defendant filed a motion to remand pursuant to sentence four of

42 U.S.C. § 405(g).  *See* Doc. # 17.  The plaintiff has not objected to the motion to remand.

In addition, pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have

consented to the United States Magistrate Judge conducting all proceedings in this case and

ordering the entry of final judgment. Accordingly, it is

ORDERED that the defendant's motion to remand (doc. # 17) be and is hereby

GRANTED.  It is further

ORDERED AND ADJUDGED that the decision of the Commissioner be and is hereby

REVERSED and this case be and is hereby REMANDED to the Commissioner pursuant to

sentence four of 42 U.S.C. § 405(g) for further proceedings.

Done this 9th day of March, 2007.


/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE